# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF LOUISIANA
## ALEXANDRIA DIVISION

IN RE: DOROTHY LA'ASIA WILLIAMS          CASE NO: 08BK-81337-A07

---

## TRANSMITTAL OF UNCLAIMED FUNDS

---

**THOMAS R. WILLSON,** Trustee of this estate reports the following:

1. Ninety (90) days having passed since final distribution under 11 U.S.C. Section 726 was made in this case. The names of persons to whom such un-negotiated distribution checks were issued, the amount of such checks, and their last known addresses are:

| NAME AND ADDRESSES | AMOUNT OF UNCLAIMED FUNDS |
|---|---|
| Sallie Mae<br>c/o Sallie Mae, Inc.<br>220 Lasley Ave.<br>Wilkes-Barre, PA 18706 | $832.78 |

2. Your Trustees check for $832.78, payable to the U. S. Bankruptcy Court, Clerk, is attached to this report and list.

3. Nothing further remains to be done in this case.

**ALEXANDRIA, LOUISIANA** this 19th day of January, 2010.

                                        /s/ Thomas R. Willson_____
                                        **THOMAS R. WILLSON, TRUSTEE**